M/P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 APR 15 AM 11:28

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '08 MJ 1157 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **William REYES-Silva,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **April 14, 2008** within the Southern District of California, defendant, **William REYES-Silva,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **APRIL 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**William REYES-Silva**

M/P

## PROBABLE CAUSE STATEMENT

On April 14, 2008, Border Patrol Agent A. Letavay was performing line watch duties in the Imperial Beach area of operations. At approximately 5:55 A.M., Agent Letavay was notified via service radio of seismic intrusion activation. Agent Letavay responded and found eleven individuals running northbound in an area known as the "Two Road." This area is approximately one-hundred yards north of the United States / Mexico International Boundary and five miles west of the San Ysidro, California Port of Entry.

Agent Letavay approached the individuals and identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All eleven individuals, including one later identified as the defendant **William REYES-Silva**, admitted that they were citizens and nationals of Mexico without any immigration documentation permitting them to enter or remain in the United States legally. At approximately 6:00 A.M., Agent Letavay arrested the defendant and the other ten individuals and subsequently had them transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 25, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.