2

AO 455(Rev. 5/85) Waiver of Indictment

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

WILLIAM REYES-SILVA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1526-BEN

I, WILLIAM REYES-SILVA, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-13-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x William Reyes Silva
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER

FILED
MAY 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

translated by: Danielle Leyva
on 5/9/08